**COMMERCIAL BANK OF WESTPORT, Plaintiff/Appellant,**

v.

**Dale CRAWFORD, Crawford & Associates, Inc., SSSI, Ltd., and Steven Taksel, Defendants/Respondents.**

No. 74206.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 3, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 9, 1999.

Application for Transfer Denied Jan. 25, 2000.

Michael A. Becker, Jeffrey M. Igou, Clayton, for appellant.

Richard W. Fischer, Mary M. Creamer, John T. Ahlquist, Clayton, for respondents.

Before: MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Commercial Bank of Westport appeals the judgment denying its petition for an accounting, declaratory relief, and damages. Bank maintains it had a perfected prior security interest in certain collateral, specifically, equipment and accounts receivable.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).